# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00343-CV

**Douglas and Mary Brite, Appellants**

**v.**

**Elite Financing Group, LLC; Merscorp Holdings, Inc.; Mortgage Electronic Registration Systems, Inc.; Barrett, Daffin, Frappier, Turner & Engel, LLP; Flagstar Bank; FSB, Robin Kennedy-Colnaghi; Tobey Latham, Kevin Paperd; Michael Vestal; and Wendy Alexander, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. D-1-GN-13-003115, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Douglas and Mary Brite have filed an unopposed motion to withdraw their notice of appeal, which we have construed as a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted, and the appeal is dismissed.

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellants' Motion

Filed:  July 30, 2014